UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOE HAND PROMOTIONS, INC,

    Plaintiff

vs.

MS MANAGEMENT L.L.C, et al.,

    Defendants.

**DEFAULT JUDGMENT**
**CASE NO. 5:23-CV-85-M-RN**

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order entered on December 13, 2024 [DE 23], judgment is entered against Defendants, jointly and severally, in the amount of $8,045.70, which includes $6,000 in statutory damages, $1,500 in attorneys' fees, and $545.70 in costs.

This Judgment filed and entered on December 13, 2024, and copies to:
Todd Allen Jones (via CM/ECF electronic notification)

December 13, 2024

Peter A. Moore, Jr.
Clerk of Court

By: */s/* Kimberly R. McNally
Deputy Clerk